# UNITED STATES DISTRICT COURT
for the
District of South Dakota

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| | ) | Case No. |
| The property located at ████████., Rapid City, | ) | REDACTED    5:19- mj- 36   **FILED** |
| South Dakota, and to search any curtilage and | ) | |
| outbuildings, as well as persons or vehicles on the | ) | MAR 2 7 2019 |
| property as well as the content of any computer and | ) | *[signature]* |
| electronic storage devices | ) | CLERK |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**SEE "ATTACHMENTS A, C, D"**, which is attached to and incorporated in this Application and Affidavit

located in the District of _____ South Dakota _____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| [18 U.S.C. §§ 2251, 2252 and 2252A] | [Possession, Receipt, Distribution and Production of Child Pornography] |

The application is based on these facts:
- ☒ Continued on the attached affidavit, which is incorporated by reference.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.
- ☐ Your applicant requests that no notice be given prior to the execution of the search warrant, i.e., "no knock", the basis of which is set forth in the attached affidavit.
- ☐ Your applicant requests authorization to serve the search warrant any time day or night pursuant to Fed. R. Crim. P. 41(e)(2)(A)(ii), the basis of which is set forth in the attached affidavit.

_____
*Applicant's signature*

Sarah B. Collins, Assistant U.S. Attorney
*Printed name and title*

Sworn to before me and: ☒ signed in my presence.
☐ submitted, attested to, and acknowledged by reliable electronic means.

Date: **3-27-19**

_____
*Judge's signature*

City and state: _____ Rapid City, SD _____

Daneta Wollmann, U.S. Magistrate
*Printed name and title*